United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| PAUL HRANITZKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:24-CV-00043 |
| | § | |
| SYNCHRONY BANK, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the "Joint Stipulation of Dismissal with Prejudice as to Defendant, Sychrony Bank" (D.E. 35), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on December 11, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE